**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES, | |
| Plaintiff, | C.A. No. 17-cv-00911-RGA |
| v. | **JURY TRIAL DEMANDED** |
| CAPITAL ONE FINANCIAL CORPORATION, | |
| Defendant. | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

Counsel for Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies ("Blackbird Technologies") and Defendant Capital One Financial Corporation ("Defendant") have met and conferred regarding extending Defendant's time to respond to the Complaint. (D.I. 1). Subject to the Court's approval, Blackbird Technologies requests that the deadline for Defendant to respond to the Complaint be extended up to and including January 30, 2018. The parties believe good cause exists for the requested extension since it will facilitate continuing discussions concerning potential out-of-court resolutions of the above-captioned action. The parties are available at the Court's convenience should the Court wish to discuss this request.

2

Dated:  January 16, 2018                          STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606
  stamoulis@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540

*Attorneys for*
*Plaintiff Blackbird Tech LLC*

**SO ORDERED**, this _____ day of January, 2018.

_____
United States District Court Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2018, I electronically served the forgoing document on all counsel of record in this action as well as counsel for Defendant who have not yet made an appearance.


*/s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606