IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE FINANCIAL<br>CORPORATION,<br><br>    Defendant. | C.A. No. 17-cv-00911-RGA |

## STIPULATION OF DISMISSAL

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is stipulated and agreed that the above-captioned action is dismissed without prejudice. It is further stipulated and agreed that each party will bear its own costs, expenses, and attorneys' fees.

Dated: March 9, 2018

| STAMOULIS & WEINBLATT LLC | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/Stamatios Stamoulis* | */s/Kelly E. Farnan* |
| Stamatios Stamoulis #4606 | Kelly E. Farnan (# 4395) |
| stamoulis@swdelaw.com | farnan@rlf.com |
| Richard C. Weinblatt #5080 | 920 N. King Street |
| weinblatt@swdelaw.com | Wilmington, DE 19801 |
| Two Fox Point Centre | Telephone: (302) 651-7700 |
| 6 Denny Road, Suite 307 | |
| Wilmington, DE 19809 | Robert A. Angle * |
| Telephone: (302) 999-1540 | robert.angle@troutman.com |
| | Christopher J. Forstner * |
| ***Attorneys for Plaintiff*** | chris.forstner@troutman.com |
| **Blackbird Tech LLC d/b/a** | TROUTMAN SANDERS LLP |
| **Blackbird Technologies** | 1001 Haxall Point |
| | Richmond, VA 23219 |
| | *\* Pro Hac Vice* |
| | |
| | ***Attorneys for Defendant Capital One*** |
| | ***Financial Corporation*** |

1

SO ORDERED this ___ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 9, 2018, I electronically served the forgoing document on all counsel of record in this action.

                                      */s/ Stamatios Stamoulis*
                                      Stamatios Stamoulis #4606